# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| MINNESOTA LIFE INSURANCE CO., | |
| Interpleader Plaintiff, | |
| v. | **ORDER GRANTING MOTION FOR DEFAULT JUDGMENT** |
| SUSIE SCOTT WASHINGTON, CYNTHIA SCOTT, TODD MICOU, LORI SCOTT, ANNIE HUDSON, KELLY SCOTT, AND WILLIAM SCOTT, | Civil Action No. 6-17-cv-2016-CJW |
| Interpleader Defendants. | |

Interpleader Plaintiff Minnesota Life Insurance Company's Motion for Default Judgment against Cynthia Scott and Todd Micou came before this Court on July 11, 2017 [Docket No. 31]. Based on the motion papers submitted and all other matters contained in the record, **IT IS HEREBY ORDERED:**

1. That Minnesota Life Insurance Company's Motion for Default Judgment against Cynthia Scott and Todd Micou is **GRANTED**;

2. Default Judgment shall be entered against Cynthia Scott and Todd Micou.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 8/3/2017

C.J. Williams
Chief United States Magistrate Judge
Northern District of Iowa