UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| LORI SCOTT, ANNIE HUDSON KELLY SCOTT and WILLIAM SCOTT, <br><br> Plaintiffs, <br><br> vs. <br><br> SUSIE SCOTT WASHINGTON, <br><br> Defendant. <br><br> SUSIE SCOTT WASHINGTON, <br><br> Cross-Claimant, <br><br> vs. <br><br> CYNTHIA SCOTT, TODD MICOU, LORI SCOTT, ANNIE HUDSON, KELLY SCOTT AND WILLIAM SCOTT, <br><br> Cross-Defendants. | NO. 6:17-cv-02016 <br><br> ORDER GRANTING MOTION FOR DEFAULT JUDGMENT |

Cross-Claimant's Motion for Default Judgment against Cynthia Scott and Todd Micou came before the Court [Document No. 44]. Based on the motion, pleadings and the record herein, IT IS HEREBY ORDERED:

1. Cross-Claimant Susie Scott Washington's Motion for Default Judgment against Cynthia Scott and Todd Micou is GRANTED;

2. Default judgment shall be entered against Cynthia Scott and Todd Micou.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 24, 2017

C.J. Williams
Chief United States Magistrate Judge
Northern District of Iowa